# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:11CR341 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| RAMIRO BARAHONA-BARAHONA, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant Ramiro Barahona-Barahona's Motion to Review Detention and Pre-Trial Services Investigation of Third Party Custodian (#23). Based upon the court's November 7, 2011 Order (#19) this, the defendant's second motion to review detention, is denied without hearing.

**IT IS ORDERED** that the defendant's Motion to Review Detention and Pre-Trial Services Investigation of Third Party Custodian (#23) is denied without hearing.

Dated this 29th day of November 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge