# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:11CR-341 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RAMIRO BARAHONA-BARAHONA, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's third Motion For Review of Detention (#28). The motion is denied without hearing.

The defendant's motion proposes release to the same third-party custodian as previously proposed and contains no new information, save the fact that defendant's newly born daughter (defendant has admitted paternity) is critically ill. While the child's condition is regrettable, family illnesses are seldom a valid basis for a change in detention.

**IT IS ORDERED:** Defendant's Motion to Review Detention (#28) is denied without hearing.

Dated this 6th day of January 2012.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge